**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-2831

Kyrylo Konovalov,

    Plaintiff/Movant,

Revenue Enterprises, LLC,

    Defendant.

## COMPLAINT

For this Complaint, the Plaintiff, Kyrylo Konovalov, by undersigned counsel, states as follows:

### JURISDICTION

1. This action arises out of Defendant's repeated violations of Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

### PARTIES

3. Plaintiff, Kyrylo Konovalov ("Plaintiff"), is an adult individual residing in Aurora, Colorado, and is a "person" as the term is defined by 47 U.S.C. § 153(39).

4. Defendant Revenue Enterprises, LLC ("Revenue"), is a Colorado business entity with an address of 3131 South Vaughn Way, Suite 426, Aurora, Colorado 80014, and is a "person" as the term is defined by 47 U.S.C. § 153(39).

## FACTS

5. Within the last year, Revenue contacted Plaintiff in an attempt to collect consumer debt allegedly owed by Plaintiff.

6. During all times mentioned herein, Revenue called Plaintiff on his cellular telephone by using an automatic telephone dialing system ("ATDS") and an artificial or prerecorded voice.

7. When Plaintiff answered calls from Revenue, he was met with a prerecorded message requesting a call back.

8. Plaintiff had a prior business relationship with the original creditor and had provided the original creditor his old cellular telephone number.

9. At some point, Plaintiff changed his telephone number and did not give his new number to the original creditor. Therefore, Revenue had no express consent to place automated calls to Plaintiff's new number.

## COUNT I
## VIOLATIONS OF THE TCPA – 47 U.S.C. § 227, *et seq.*

10. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

11. Plaintiff never provided his cellular telephone number to Revenue or the Creditor and never provided his consent to be contacted on his cellular telephone number.

12. Without prior express consent Revenue contacted the Plaintiff by means of automatic telephone calls and prerecorded messages at a cellular telephone in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

13. Revenue continued to place automated calls to Plaintiff's cellular telephone knowing there was no consent to continue the calls. As such, each call placed to Plaintiff was

2

made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

14. The telephone number called by Revenue was assigned to a cellular telephone service for which Plaintiff incurs charges for incoming calls pursuant to 47 U.S.C. § 227(b)(1).

15. The calls from Revenue to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

16. Revenue's telephone system has the capacity to store numbers in a random and sequential manner.

17. Plaintiff is entitled to an award of $500.00 in statutory damages for each call in negligent violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

18. Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 for each call made in knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays that judgment be awarded in his favor and against the Defendant as follows:

1. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

2. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C);

3. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: October 17, 2014

                    Respectfully submitted,

                    By  */s/ Jenny DeFrancisco*

                    Jenny DeFrancisco, Esq.
                    CT Bar No.: 432383
                    LEMBERG LAW LLC
                    1100 Summer Street, 3rd Floor
                    Stamford, CT 06905
                    Telephone: (203) 653-2250
                    Facsimile: (203) 653-3424
                    E-mail: jdefrancisco@lemberglaw.co
                    *Attorneys for Plaintiff*

                    <u>Plaintiff:</u>
                    Kyrylo Konovalov
                    17693 E. Temple Dr.
                    Aurora, CO 80015