IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02831-MJW

KYRYLO KONOVALOV,

Plaintiff,

v.

REVENUE ENTERPRISES, LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Parties' Amended Stipulated Motion for Extension of Time for Defendant to File an Answer (Docket No. 10) is GRANTED. Defendant shall have up to and including December 12, 2014, to file an answer or other response to Plaintiff's Complaint.

It is further ORDERED that the Parties' Stipulated Motion for Extension of Time for Defendant to File an Answer (Docket No. 8) is DENIED AS MOOT.

Date: December 4, 2014