IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02831-MJW

KYRYLO KONOVALOV,

Plaintiff,

v.

REVENUE ENTERPRISES, LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It light of Plaintiff's notice of dismissal (Docket No. 16), the Scheduling Conference set for December 17, 2014, at 2:00 p.m. is hereby VACATED.

Date: December 5, 2014